IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | 1:08CR495-1 |
| MARCUS WAYNE COVINGTON ) | |
| Defendant. ) | |

## **VERDICT**

1. We, the jury in the above-styled case, do find the Defendant, Marcus Wayne Covington,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count One of the Indictment.

If, and only if, you find the Defendant, Marcus Wayne Covington, guilty of the crime charged in Count One, then you must answer the following:

A. What amount, if any, of a substance containing a detectable amount of heroin did the Defendant possess with intent to distribute?

___.5___ ~~100~~ Grams

2. We, the jury in the above-styled case, do find the Defendant, Marcus Wayne Covington,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count Two of the Indictment.

3. We, the jury in the above-styled case, do find the Defendant, Marcus Wayne Covington,

_____Guilty_____
(Guilty or Not Guilty)

of the crime charged in Count Three of the Indictment.

_____James D. Carriker_____
Foreperson

This the __13th__ day of May 2009.