UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA
        PLAINTIFF

VS

                                  NOTICE OF APPEAL
                                DOCKET# 08- cr-495-01

MARCUS COVINGTON
        DEFENDANT


### NOTICE OF APPEAL OF CONVICTION AND SENTENCE

      Marcus Covington, by and through his attorney, hereby gives notice pursuant to Rule 4(b) OF THE FEDERAL Rules of Appellate Procedure, that his is appealing his conviction and the final judgement entered by United States District Court Judge William Osteen ,Jr. entered on April 2nd 2010, to the United States Court Of Appeals for the Fourth Circuit.

      Moreover, he asks for leave of filing without fee as he has been found to be indigent previously in this case

      Lastly, he ask that new counsel be assigned to his appeal.


      This the 12th day of April 2010.

                                Respectfully submitted,

                                /s/ C.Burell Shella
                              C. Burell Shella, ESQ.
                              801 Gilbert St
                              Suite 209
                              Durham, NC 27701
                              919 699 5800
                              Chrisshella@yahoo.com
                              NC Bar 33552

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
PLAINTIFF

VS

NOTICE OF APPEAL
DOCKET# 08- cr-495-01

MARCUS COVINGTON
DEFENDANT

    I hereby certify that on April 12, 2010, the foregoing was electronically filed with the clerk of court using the CM/ECF system which will send notification of such filing to the following: Michael Defranco , Assistant United States Attorney.

Respectfully Submitted,

 /s/C. Burell Shella
C. Burell Shella, ESQ.
801 Gilbert St
Suite 209
Durham, NC 27701
919 699 5800
Chrisshella@yahoo.com
NC BAR #33552